# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONALD M. JORDAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| vs. ) | **CASE NO. 14-723-SCW** |
| ) | |
| **CLINT MAYER, RICHARD** ) | |
| **HARRINGTON, LT. HUGHES, JASON** ) | |
| **N. HART, REBECCA COWAN, and S.A.** ) | |
| **GODINEZ,** ) | |
| ) | |
| **Defendant(s).** ) | |
| ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

Defendants Clint Mayer, Richard Harrington, Lt. Hughes, Jason N. Hart, Rebecca Cowan and S.A. Godinez, were granted summary judgment by an Order entered by Magistrate Judge Stephen C. Williams on March 27, 2017 (Doc. 82).

THEREFORE, judgment is entered in favor of Defendants **CLINT MAYER, RICHARD HARRINGTON, LT. HUGHES, JASON N. HART, REBECCA COWAN** and **S.A. GODINEZ,** and against Plaintiff **DONALD M. JORDAN.**

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 27th day of March, 2017

**JUSTINE FLANAGAN, ACTING CLERK**

BY: _/s/ Angela Vehlewald_
Deputy Clerk

Approved by  _/s/ Stephen C. Williams_
United States Magistrate Judge
Stephen C. Williams